## Wytheville.

### W. D. GRAY, ET ALS., v. C. N. FRANCIS, ET ALS.

June 12, 1924.

Absent, Prentis, J.

Appeal from a decree from the Circuit Court of Southampton county.    Decree for complainants.    Defendants appeal.

*Affirmed.*

*Wm. Leigh Williams*, and *Jas. H. Corbitt*, for the plaintiffs in error.

*E. R. F. Wells, Harry E. McCoy, W. S. Morris, Jr.*, and *Barron F. Black*, for the defendants in error.

SIMS, P.:

This is a suit in chancery for partition, involving a different tract of land, but precisely the same questions, as in the case of *George Gray and Others* v. *C. N. Francis and Others, ante* p. 350, 124 S. E. 446, in which the opinion of the court is this day handed down; and, for the reasons that are set out in the opinion in that case, the decree under review, entered in the instant case on the 26th of May, 1922, will be affirmed.

*Affirmed.*